847 A.2d 54

**Cassius M. CLAY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

April 15, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.